IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MATTHEW JONES** : | |
| : | |
| v. : | **CIVIL ACTION NO. 20-3052** |
| : | |
| **ALLSTATE PROPERTY AND** : | |
| **CASUALTY INSURANCE CO.** | |

## ORDER

This 4th day of August, 2021, for the reasons in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF 20) is **GRANTED.** The Clerk of Court is requested to mark this case closed for statistical purposes.

    /s/ Gerald Austin McHugh
United States District Judge